1  LATHAM & WATKINS LLP
    Charles H. Samel (SBN 182019)
2  633 West Fifth Street, Suite 4000
    Los Angeles, California 90071-2007
3  Telephone:    (213) 485-1234
    Facsimile:    (213) 891-8763
4      charles.samel@lw.com

5

6  Attorneys for Defendants
    ATI Technologies, Inc. and
7  Advanced Micro Devices, Inc.

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11  VINCENT ANDELLA, individually and on behalf of all others similarly situated,

12

13      Plaintiff,

14  v.

15  NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.

16

17      Defendants.

18

Case No.  C-06-07710 WHA

**CLASS ACTION**

**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER**

**JURY TRIAL DEMANDED**

19

20      Plaintiff Vincent Andella ("Plaintiff") and Defendants Nvidia Corporation

21  ("Nvidia"), ATI Technologies, Inc. and Advanced Micro Devices, Inc. (collectively "AMD")

22  hereby jointly request the Court to continue the initial case management conference and related

23  deadlines in this action as follows.

24      1.    On December 15, 2006, Plaintiff filed the Complaint, which alleges claims

25  under Section 1 of the Sherman Act, 15 U.S.C. § 1, and pendant state law claims.  Plaintiff styled

26  the Complaint as a putative class action.

27      2.    As of the date of this Stipulation, at least 30 other complaints have been

28  filed in this and other judicial districts.  All of these complaints allege federal antitrust claims

and/or state law antitrust claims against Nvidia and AMD.  Each complaint is styled as a putative class action.

3.    On December 8, 2006, plaintiffs in some of these other actions collectively filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate in this judicial district all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint.

4.    On January 16, 2007, AMD and Nvidia filed a response with the JPML supporting consolidation and transfer of these actions to the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division.  To date, every party responding to the JPML Motion has supported consolidation and transfer in either the Northern or Central Districts of California.  No party has opposed consolidation and transfer.

5.    Oral argument on the JPML Motion is scheduled for March 29, 2007 in San Antonio, Texas.  The parties agree that, at some point subsequent to that hearing, the JPML is likely to order transfer and consolidation of these actions.

6.    In light of these facts, Plaintiff and Defendants stipulated in December 2006 to extend the time for Defendants to respond to the Complaint to 30 days after (1) the order resolving the JPML motion and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

7.    Given the March 29, 2007 hearing date before the JPML, the dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines entered on December 15, 2006 ("December 15 Order"), including the deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule 3.5, will come to pass before the JPML acts on the pending motion.

8.    Continuing the dates set forth in the December 15 Order would avoid the expenditure of unnecessary judicial resources until it is determined whether this action will

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES C-06-07710 WHA

1   remain pending in this Court. It would also ensure consistency in pretrial rulings and be

2   convenient for the parties, including Plaintiff.

3            9.     Accordingly, the parties hereby stipulate to and respectfully request that

4   the Court order a continuance of the dates set forth in the December 15 Order. The affected

5   dates include (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR

6   process selection, and discovery plan (currently March 1, 2007); (2) file joint ADR documents

7   (currently March 1, 2007); (3) complete initial disclosures and file the Case Management

8   Statement and Rule 26(f) Report (currently March 8, 2007); and (4) the Initial Case Management

9   Conference (currently March 22, 2007).

10           10.    The parties request that the Court continue the above referenced schedule

11  as follows: (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR

12  process selection, and discovery plan – May 3, 2007; (2) file joint ADR documents – May 3,

13  2007; (3) complete initial disclosures and file the Case Management Statement and Rule 26(f)

14  Report – May 17, 2007; and (4) the Initial Case Management Conference – May 24, 2007. Such

15  a continuance will allow this matter to move forward promptly in the event that the JPML

16  Motion is denied and further proceedings before this Court are necessary.

17           11.    Except as described in Paragraph 6, the parties have sought no previous

18  modification of the timing of any event or deadline set by the Court.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES C-06-07710 WHA

12.     The parties agree to notify the Court promptly when the Panel rules on the JPML Motion.

Respectfully submitted,

Dated: February 20, 2007

LATHAM & WATKINS LLP

By:    /s/ Charles H. Samel
         Charles H. Samel (182019)

Attorneys for Defendants
ATI TECHNOLOGIES, INC. and
ADVANCED MICRO DEVICES, INC.

Dated:  February 20, 2007
COOLEY GODWARD KRONISH LLP

By:    /s/ James Donato
     James Donato (146140)

Attorneys for Defendant
NVIDIA CORPORATION

Dated: February 20, 2007
SCHUBERT & REED LLP

By:   /s/ Aaron H. Darsky
     Aaron H. Darsky (212229)

Attorneys for Plaintiff
VINCENT ANDELLA

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES C-06-07710 WHA

1    FILER'S ATTESTATION:

2        Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3    perjury that the concurrence in the filing of this document has been obtained from its signatories.

4    Dated:  February 20, 2007

5                                                    By:    /s/ Charles H. Samel
                                                          Charles H. Samel

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES C-06-07710 WHA

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, all dates set forth in the December 15, 2006 Order Setting Initial Case Management Conference and ADR Deadlines are hereby continued as follows: (1) the deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan will be May 3, 2007; (2) the deadline to file joint ADR documents will be May 3, 2007; (3) the deadline to complete initial disclosures and file the Case Management Statement and Rule 26(f) Report will be May 17, 2007; and (4) the Initial Case Management Conference will be May 24, 2007.  The parties are ordered to notify the Court promptly when the Judicial Panel on Multidistrict Litigation rules upon the motion for consolidation pending in MDL Docket No. 1826, *In re Graphics Processing Units Antitrust Litigation*.

Pursuant to stipulation, it is so ordered.

Dated: _____February 2, 2007_____

_____
The Honorable William H. Alsup

LA\1688308.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

6

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES C-06-07710 WHA